## THE PEOPLE *v.* RODRÍGUEZ.

### APPEAL from the District Court of Humacao.

No. 2.—Decided March 11, 1904.

APPEAL—BILL OF EXCEPTIONS—NO ERRORS APPEARING IN THE RECORD.—When no bill of exceptions is filed, and no errors appear in the record, the judgment appealed from must be affirmed.

The facts are stated in the opinion.

*Mr. del Toro, Fiscal,* for respondent.

The party appellant failed to appear.

MR. JUSTICE SULZBACHER delivered the opinion of the court.

The accused, Luis Rodríguez, was duly tried and convicted by the District Court of Humacao on a charge of grand larceny. He filed a motion for an appeal to this court. In the record no bill of exceptions is to be found, nor any writing having reference to any error committed by the trial court. This Supreme Court does not find any error, and

por tanto la sentencia de la Corte de Distrito de Humacao debe ser confirmada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández, Figueras y MacLeary.

therefore the judgment rendered by the District Court of Humacao should be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.